IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                                           PETITIONER

v.                                    NO. 5:08CV00083 JMM

LARRY NORRIS, Director of the                                                         RESPONDENT
Arkansas Department of Correction

### JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Larry Norris. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner John Briley is dismissed.

IT IS SO ORDERED this  12  day of  September, 2008.

_____
UNITED STATES DISTRICT JUDGE